JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL GIRACO, | CV 25-3610 PA (AJRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JEFFERIES LLC, | |
| Defendant. | |

Pursuant to the Court's December 3, 2025 Minute Order granting the Motion for Summary Judgment filed by defendant Jefferies LLC ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Pascal Giraco ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: December 3, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE